# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

A.S., individually and on behalf of A.B.,

                      Plaintiff,                      21 **CIVIL** 6937 (CS)

   -against-                                 **<u>JUDGMENT</u>**

MAMARONECK UNION FREE SCHOOL DISTRICT,

                    Defendant.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2024, the District's motion for summary judgment is GRANTED, and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
           January 26, 2024

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**

                                                                       **Deputy Clerk**